UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BENJAMIN BROOKS,<br><br>                    Plaintiff,<br><br>          v.<br><br>DCFS, et al.,<br><br>                    Defendants. | Case No. 2:24-cv-03157-AB (DTB)<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO FILE FIRST AMENDED COMPLAINT** |

On April 17, 2024, plaintiff Benjamin Brooks ("Plaintiff"), proceeding pro se, filed a Complaint under 42 U.S.C. § 1983, naming the following defendants: "DCFS,"[1] Yolanda Barcla ("Barcla"), Victor Sibrian ("Sibrian"), Sheilla Bejarano ("Bejarano"), Annabelle G. Cortez ("Cortez"), Rosa M. Figueroa ("Figueroa"), R. Gainer ("Gainer"), Lingling Zhang ("Zhang"), Chris Leschke ("Leschke"), and Stacy

/ / /

/ / /

---

[1]    Given the allegations in the Complaint, the Court construes this defendant as the Los Angeles County Department of Children and Family Services.  (https://dcfs.lacounty.gov/.)

1

Wiese ("Wiese").  (Complaint at 3, 4, 7-9.)[2]  All defendants were sued in their official capacities only.

On June 11, 2024, after screening the Complaint in accordance with 28 U.S.C. § 1915A(b), the Court issued an Order Regarding Complaint, advising Plaintiff that the Complaint was subject to dismissal on various grounds, including that he had named the individual social workers in their official capacities, rather than their individual capacities, and that he had also named individual defendants who were immune from liability.  (Docket No. 16.)  In response to the Court's Order Regarding Complaint, on August 22, 2024, Plaintiff filed a First Amended Complaint pursuant to 42 U.S.C. § 1983 ("FAC").[3]  (Docket No. 18.)  Named in the FAC as defendants are the County of Los Angeles (the "County") and the Department of Children and Family Services ("DCFS").  (FAC at 1, 3.)

On October 1, 2024, after screening the FAC in accordance with 28 U.S.C. § 1915A(b), the Court issued an Order Regarding First Amended Complaint, advising Plaintiff that the FAC was subject to dismissal as the FAC fails to state a claim against the named defendants.  The Court provided Plaintiff with several options regarding how to proceed and ordered him to respond within 30 days.

As of this date, Plaintiff has not responded to the Court's Order Regarding First Amended Complaint, nor has he communicated with the Court since the filing of his FAC.

---

[2]    The Complaint, including the attachments, is 37 pages in length.  The pages of these documents are not consecutively numbered from the first page as required by Local Rule 11-3.3 and they are not in proper order.  For convenience and clarity, the Court has consecutively numbered the pages of the Complaint to correspond with the electronic pagination provided by the Court's CM/EFC docketing system.

[3]    The FAC, including the exhibits, is 66 pages in length.  The pages of these documents are not consecutively numbered from the first page as required by Local Rule 11-3.3, and they are not in proper order.  For convenience and clarity, the Court has consecutively numbered the pages of the Complaint to correspond with the electronic pagination provided by the Court's CM/EFC docketing system.

Plaintiff is ordered to show cause why this action should not be dismissed for lack of prosecution and failing to comply with the Court's order.  Plaintiff may alternatively file a response to the Order Regarding First Amended Complaint or a Notice of Voluntary Dismissal to discharge this Order to Show Cause.  Plaintiff's response is due no later than **December 6, 2024.**  The Clerk is directed to send Plaintiff a blank Central District civil rights complaint form, which Plaintiff is encouraged to use as well as a Central District request for dismissal form.

**Plaintiff is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Order.**

DATED: November 15, 2024

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

3