# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.   **2:24-cv-03157-AB (DTB)**                               Date: **January 9, 2025**

Title: **Benjamin Brooks v. DCFS, et al.**
================================================================
**DOCKET ENTRY**
================================================================
PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:           ATTORNEYS PRESENT FOR DEFENDANT(S):
    None present                                                             None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING FAILURE TO UPDATE ADDRESS**

    On December 23, 2024, the Court issued its Report and Recommendation ("R&R") recommending the dismissal of this action for Plaintiff's failure to prosecute. (Docket No. 23). On December 31, 2024, the Court received its R&R returned from the United States Postal Service marked as "Return to Sender Not Deliverable as Addressed Unable to Forward." (Docket No. 25).

    Pro se litigants are required to keep the Court and opposing parties apprised of their current address. Central District of California Local Rule 41-6. Therefore, Plaintiff is ordered to show cause why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Rules. Plaintiff may alternatively file a Notice of Change of Address to discharge this Order to Show Cause. Plaintiff's response is due no later than **January 31, 2025.**

    **Plaintiff is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Local Rules.**

    **IS SO ORDERED**.