UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **2:24-cv-03157-AB (DTB)**                              Date: **August 27, 2025**

Title: **Benjamin Brooks v. Department of Children and Family Services, et al.**
==============================================================
**DOCKET ENTRY**
==============================================================
PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:           ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                                                              None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On May 2, 2025, the Court issued its Order Regarding Second Amended Complaint ("Order") (Docket No. 56), which advised Plaintiff that the Second Amended Complaint was subject to dismissal. The Court provided Plaintiff with several options regarding how to proceed. On June 3, 2025, the Court granted Plaintiff an extension of time up to and including July 3, 2025, within which to respond to the Court's Order. As Plaintiff had not filed his response, on July 10, 2025, the Court, on its own motion, *sua sponte*, extended Plaintiff's time up to and including August 4, 2025 within which to respond to the Court's Order. Plaintiff was again cautioned that failure to timely file a fully compliant response as directed in the Court's Order may result in this dismissal of this action for failure to prosecute and/or failure to comply with a Court order.

As of this date, Plaintiff has failed to file a response to the Court's Order.

Accordingly, Plaintiff is ordered to show cause, in writing, no later than **September 22, 2025**, why this action should not be dismissed, without prejudice, for failure to prosecute.

This Order to Show Cause will be discharged upon the filing of a response to the Court's Order. If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

MINUTES FORM 11                                                                    Initials of Deputy Clerk  RAM
CIVIL-GEN

      Plaintiff is again warned that a failure to timely respond to this Order to Show Cause will result in a recommendation that this action be dismissed, without prejudice, under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey Court orders.

      **IT IS SO ORDERED.**